**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 10-cr-00082-CMA-6

UNITED STATES OF AMERICA,

 Plaintiff,

v.

CHARLES RIGGINS,

 Defendant.

---

### ORDER EXONERATING BOND

---

 This criminal action has proceeded to sentencing and a final judgment and conviction, and Defendant Charles Riggins was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure Defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

 ORDERED that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

 ORDERED that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the Defendant.

 DATED at Denver, Colorado, this __29th__ day of January, 2013.

       BY THE COURT:

       *Christine M. Arguello*
       _____
       CHRISTINE M. ARGUELLO
       United States District Judge