IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 10-cr-00082-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.    CHARLES RIGGINS,

    Defendant.

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment returned on February 10, 2010;

THAT a Preliminary Order of Forfeiture was entered on July 1, 2011;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT, as of December 19, 2013 no Petition for Ancillary Hearing has been filed by any petitioner, and the deadline for so doing has expired;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the subject $3,620.00 in United States Currency seized from defendant Charles Riggins shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited $3,620.00 in United States Currency seized from defendant Charles Riggins, and may dispose of it in accordance with law;

SO ORDERED this __20th__ day of December, 2013.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge